IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:19-cv-01652-RBJ-STV

GREGORY TUCKER

Plaintiff,

v.

FAITH BIBLE CHAPEL INTERNATIONAL, a Colorado non-profit corporation,

Defendant.

## NOTICE OF APPEAL

Notice is hereby given this 17th day of June, 2020, that Defendant Faith Bible Chapel International, Inc., hereby appeals to the United States Court of Appeals for the Tenth Circuit from the judgment of this Court entered on May 18, 2020, Dkt. 52, denying in part Defendant's converted motion for summary judgment. *See Bryce v. Episcopal Church in the Diocese of Colo.*, 289 F.3d 648 (10th Cir. 2002); *Mitchell v. Forsyth*, 472 U.S. 511 (1985).

DATED this 17th day of June, 2020.

Respectfully submitted,

HATCH RAY OLSEN CONANT LLC

By:   *s/ Christopher J. Conant*
 Robert W. Hatch
 Brian T. Ray
 Christopher J. Conant
 730 17th Street, Suite 200
 Denver, Colorado 80202
 Phone Number: (303) 298-1800
 Fax Number: (303) 298-1804
 rhatch@hatchlawyers.com
 bray@hatchlawyers.com
 cconant@hatchlawyers.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2020, a true and correct copy of the foregoing **NOTICE OF APPEAL** was served via ECF on all parties appearing of record herein.

*s/ Candle Maulin*
Candle Maulin, Paralegal