**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No: 1:19-cv-01652-STV

GREGORY TUCKER

Plaintiff,

v.

FAITH BIBLE CHAPEL INTERNATIONAL, a Colorado non-profit corporation,

Defendant.

## AMENDED NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 4(a)(4)(B)(ii), Defendant Faith Bible Chapel International hereby amends its timely notice of appeal filed on June 17, 2020, Dkt. 58, and hereby appeals to the United States Court of Appeals for the Tenth Circuit from the following judgments of this Court:

- Dkt. 52, entered on May 18, 2020, denying in part Defendant's converted motion for summary judgment. *See Bryce v. Episcopal Church in the Diocese of Colo.*, 289 F.3d 648 (10th Cir. 2002); *Mitchell v. Forsyth*, 472 U.S. 511 (1985).

- Dkt. 77, entered on September 14, 2020, denying Defendant's Rule 59(e) motion to reconsider the May 18 judgment. *See Warren v. Am. Bankers Ins. of Fla.*, 507 F.3d 1239, 1242 n.1 (10th Cir. 2007) (exercising appellate jurisdiction over denial of Rule 59(e) motion because "Plaintiff filed an amended notice of appeal within thirty days after entry of the order denying the motion").

1

DATED this 16th day of September 2020.   Respectfully submitted,

HATCH RAY OLSEN CONANT LLC

By:   */s/ Christopher J. Conant*
Robert W. Hatch
Brian T. Ray
Christopher J. Conant
730 17th Street, Suite 200
Denver, Colorado 80202
Phone Number: (303) 298-1800
Fax Number: (303) 298-1804
rhatch@hatchlawyers.com
bray@hatchlawyers.com
cconant@hatchlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of September 2020, a true and correct copy of the foregoing **NOTICE OF APPEAL** was served via ECF on all parties appearing on record.

*/s/ Candle Maulin*
Candle Maulin, Paralegal