IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:    19-cv-01652-RBJ-STV | Date:  November 2, 2023 |
| Courtroom Deputy:    Meghan Smotts | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| GREGORY TUCKER, **Plaintiff** | *Peter Friesen* <br> *Jermey Sitcoff* |
| v. | |
| FAITH BIBLE CHAPEL INTERNATIONAL, **Defendant** | *Robert Hatch* <br> *Colten Stanberry* <br> *Christopher Loy* |

**COURTROOM MINUTES**

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session: 2:00 p.m.

Appearance of counsel – all counsel appear via telephone.

Discussion held on discovery disputes.

**ORDERED:** Issue A-The Plaintiff will respond in writing to RFP# 1, 2, 3, 4, 5, 6, 8, and 14 as stated on the record.

Issue B- Both sides may have 45 requests for production.

Discussion held on possible settlement and use of a mediator. The Court refers the case to Magistrate Judge Varholok for mediation and the parties should contact his chambers.

Court in Recess:  2:23 p.m.          Hearing concluded.          Total time in Court:  00:23