IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01652-STV

GREGORY TUCKER,

      Plaintiff,

v.

FAITH BIBLE CHAPEL INTERNATIONAL, a Colorado non-profit corporation.

      Defendant.

## ENTRY OF APPEARANCE

To:    The clerk of court and all parties of record

      Christopher N. Loy, Jr. hereby certifies that he is admitted to practice law in this Court and is in good standing with the bar. The undersigned hereby enters his appearance in this case as additional counsel of record for Defendant FAITH BIBLE CHAPEL INTERNATIONAL, a Colorado non-profit corporation and respectfully request that all future pleadings, orders, correspondence, notifications and other documents be sent to the undersigned counsel.

      Dated this 8th day of November 2023.

**HATCH RAY OLSEN CONANT LLC**

By: *s/Christopher N. Loy, Jr.*
Christopher N. Loy, Jr.
730 Seventeenth St., Suite 200
Denver, Colorado 80202
Phone Number: (303) 298-1800
Fax Number: (303) 298-1804
Email Address: cloy@hatchlawyers.com

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 8th day of November, 2023, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was served via the Court's electronic filing system on all parties of record herein.

                *s/Nicole Gudeman*
                Nicole Gudeman