# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-1652-RBJ-STV

GREGORY TUCKER,

    Plaintiff,

v.

FAITH BIBLE CHAPEL INTERNATIONAL,

    Defendant.

_____

## MINUTE ORDER
_____

Entered By Magistrate Judge Scott T. Varholak

    IT IS ORDERED that a Settlement Conference is set for **December 8, 2023, at 9:00 a.m.,** in Courtroom A-402, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2(b).

    IT IS FURTHER ORDERED that counsel **shall have parties present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement. **Full authority** means that the person who attends the Settlement Conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee, or agency. If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have **full authority**. This requirement is not satisfied by the presence of counsel alone. To the extent a party will rely upon insurance coverage, a representative of the insurance company must be present or participate by telephone.

    No person is ever required to settle a case on any particular terms or amounts. However, if any person attends the settlement conference without full authority, or if a party or insurance representative fails to attend the settlement conference without prior Court approval, and the case fails to settle, that party may be ordered to pay the attorney's fees and costs for the other side. Furthermore, if prior to the conference, one or both parties believe that the matter may not be ripe for negotiations, the parties may contact Chambers to reschedule the conference to a more appropriate time.

On or before **December 1, 2023**, the parties shall each prepare and submit a **Confidential Statement** in PDF format by email only to Magistrate Judge Varholak (*Varholak_Chambers@cod.uscourts.gov*).  The Confidential Statement **shall contain** an overview of the case from the presenter's point of view, a summary of the key evidence which supports that side's claims, a discussion of both the strengths and weaknesses of each party's positions, a summary of all steps taken to date to resolve the matter, and any nonlegal considerations that play a significant role in a Party's evaluation of the case.  **In addition, each Confidential Statement must contain a specific offer of compromise, including the dollar amount or range each client will accept or pay in settlement and any essential noneconomic terms.**  Failure to submit Confidential Statements on time may result in the Settlement Conference being vacated.

DATED:  November 8, 2023                              BY THE COURT:

                                                                              s/Scott T. Varholak
                                                                              United States Magistrate Judge