## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No: 1:19-cv-01652-STV

GREGORY TUCKER

Plaintiff,

v.

FAITH BIBLE CHAPEL INTERNATIONAL, a Colorado non-profit corporation,

Defendant.

---

## UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF TIME TO SUBMIT REBUTTAL EXPERT DISCLOSURES

---

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Faith Bible Chapel International, Inc. ("**FBCI**") respectfully moves this Court for a two-week extension of time to designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2).

1.      Defendant's deadline to designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is December, 8, 2023.

2.      Defendant respectfully requests an extension from December 8, 2023, to December 22, 2023, to serve its rebuttal expert reports.

3.      Pursuant to D.C.COLO.LCivR 7.1(a), Counsel for FBCI conferred with counsel for Plaintiff, Jeremy Sitcoff, who states Plaintiff is unopposed to this motion.

4.      This extension is requested for good cause as the parties have been and are currently engaged in diligent, good faith settlement discussions. Specifically, on December 8, 2023, the Parties participated in a Settlement Conference before the Honorable Magistrate Judge Scott T. Varholak. The parties are close to a settlement in this matter, and there is a strong likelihood that an agreement will be reached within the next two weeks.

5.      Accordingly, Defendant requests a two-week extension of the deadline to designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2), up through and including December 22, 2023.

6.      Should the parties be unable to reach a settlement, the trial date of June 24, 2024, is not anticipated to be delayed by the requested extension and no other case management deadlines would be impacted.

7.      No party would be prejudiced by the relief requested herein as the requested extension period is brief.  Good cause exists pursuant to F.R.C.P. 6(b) for the foregoing reasons.

DATED this 8th day of December 2023.

Respectfully submitted,

HATCH RAY OLSEN CONANT LLC

By: _s/ Christopher N. Loy, Jr._
Robert W. Hatch
Christopher J. Conant
Christopher N. Loy, Jr.
730 17th Street, Suite 200
Denver, Colorado 80202
Phone Number: (303) 298-1800
Fax Number: (303) 298-1804
rhatch@hatchlawyers.com
cconant@hatchlawyers.com
cloy@hatchlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2023, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF TIME TO SUBMIT REBUTTAL EXPERT DISCLOSURES** was served via ECF on all parties appearing on record.

*/s/ Christopher N. Loy, Jr.*