IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:19-cv-01652-STV

GREGORY TUCKER

Plaintiff,

v.

FAITH BIBLE CHAPEL INTERNATIONAL, a Colorado non-profit corporation,

Defendant.

---

**UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF TIME TO SUBMIT REBUTTAL EXPERT DISCLOSURES**

---

THE COURT, having reviewed Defendant's Unopposed Motion for Two-Week Extension of Time to Submit Rebuttal Expert Disclosures, and being fully advised in the premises, does hereby GRANT the Motion and ORDERS that Defendant shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 22, 2023.

This \_\_\_\_ day of December 2023.

_____
Hon. R. Brooke Jackson