## MINUTE ENTRY FOR SETTLEMENT

TO:     Docketing

FROM:   Magistrate Judge Scott T. Varholak

DATE:   December 8, 2023

RE:     Case #19-cv-01652-RBJ-STV

    A settlement conference was held on December 8, 2023, and a settlement was reached as to all claims. The parties shall file dismissal papers or a status report by January 8, 2024.

    Settlement conference and preparation time involved: 7.5 hours.

    No record was made.