# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01652-RBJ-STV

GREGORY TUCKER,

    Plaintiff,

v.

FAITH BIBLE CHAPEL INTERNATIONAL, a Colorado non-profit corporation,

    Defendant.

---

## JOINT STATUS REPORT

---

Pursuant to Magistrate Judge Varholak's December 20, 2023 order at Dkt. 116, the parties report that settlement negotiations remain ongoing and, as directed by Magistrate Judge Varholak's December 8, 2023 order at Dkt. 114, the parties will file dismissal papers or another status report by January 8, 2024.

Respectfully submitted,

| | |
|---|---|
| *s/ Jeremy A. Sitcoff* | *s/ Christopher N. Loy* |
| Peter G. Friesen | Robert W. Hatch, II |
| Bradley A. Levin | Christopher N. Loy |
| Jeremy A. Sitcoff | HATCH RAY OLSEN CONANT LLC |
| LEVIN SITCOFF PC | 730 Seventeenth Street, Ste. 200 |
| 455 Sherman St., Ste. 490 | Denver, Colorado 80202 |
| Denver, Colorado 80203 | T: (303) 298-1800 |
| T: (303) 575-9390 | E: rhatch@hatchlawyers.com |
| E: pgf@levinsitcoff.com | cloy@hatchlawyers.com |
| bal@levinsitcoff.com | *Attorneys for Defendant* |
| jas@levinsitcoff.com | |
| *Attorneys for Plaintiff* | |