## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No: 1:19-cv-01652-RBJ-STV

GREGORY TUCKER,

Plaintiff,

v.

FAITH BIBLE CHAPEL INTERNATIONAL, a Colorado non-profit corporation,

Defendant.

## JOINT MOTION FOR EXTENSION OF TIME

The parties submit this Joint Motion for Extension of Time. In light of the parties' December 8, 2023 mediation and a hearing set for January 30, 2024 before Magistrate Judge Varholak, the parties request a 60-day extension to the deadlines for dispositive motions and the trial date, setting a dispositive motion deadline of **April 9, 2024**, and a trial date of **August 26, 2024**. The parties state the following in support thereof:

1. On November 2, 2023, this Court referred the parties to Magistrate Judge Varholak for mediation. Dkt. 107.

2. On December 1, 2023, the parties submitted confidential mediation statements to Magistrate Judge Varholak. On December 8, 2023, the parties engaged in a lengthy mediation conference before Magistrate Judge Varholak.

3. On December 12, 2023, shortly after the mediation conference, the parties agreed to cancel scheduled depositions and to toll all discovery deadlines until January 22, which gave the parties 30 days after January 22 to complete discovery if a settlement was not finalized. On

January 8, 2024, Magistrate Judge Varholak issued an order setting a hearing for January 30. Dkt. 119. The parties thereafter agreed to extend the tolling to February 6, which will give the parties until March 7 to complete discovery if settlement is not finalized.

4. Plaintiff believes that a binding settlement was reached on December 9, 2023. Defendant's position is that no settlement has been reached at this time. Depending on the outcome of the hearing set for January 30, 2024, Plaintiff may move to enforce the terms of the settlement that he believes was reached.

5. There are two other upcoming litigation deadlines in this case: the dispositive motions deadline on February 9, 2024, and the trial date on June 24, 2024. *See* Dkts. 102, 103.

6. The parties respectfully request a 60-day extension of these deadlines.

7. The parties request a new dispositive motion deadline of **April 9, 2024**, and a new trial date of **August 26, 2024**.

8. Good cause exists for the requested extension. The Court has set a hearing for January 30, 2024, just 10 days before the current dispositive motions deadline. Extending the deadlines will avoid unnecessary costs to the parties and inefficiencies to this Court and to allow time for Plaintiff to file a motion to enforce the settlement he believes was reached if necessary.

9. The requested extension will not prejudice any party, nor will it unduly delay these proceedings.

10. Since this Court entered the Amended Scheduling Order, Dkt. 102, the parties have sought one unopposed extension to submit rebuttal expert disclosures, Dkt. 113, which the Court granted, Dkt. 115. This joint motion is the second request for an extension of deadlines in the Amended Scheduling Order.

WHEREFORE, the parties respectfully request that the Court set a new dispositive motion deadline of **April 9, 2024**, and a new trial date of **August 26, 2024**.

Respectfully submitted,

| | |
|---|---|
| s/ Jeremy A. Sitcoff | s/ Christopher N. Loy, Jr. |
| Peter G. Friesen | Robert W. Hatch, II |
| Bradley A. Levin | Christopher N. Loy, Jr. |
| Jeremy A. Sitcoff | HATCH RAY OLSEN CONANT LLC |
| LEVIN SITCOFF PC | 730 Seventeenth Street, Ste. 200 |
| 455 Sherman Street, Suite 490 | Denver, Colorado 80202 |
| Denver, Colorado 80203 | T: (303) 298-1800 |
| T: (303) 575-9390 | E: rhatch@hatchlawyers.com |
| E: peter@lsw-legal.com | cloy@hatchlawyers.com |
| brad@lsw-legal.com | *Attorneys for Defendant* |
| jeremy@lsw-legal.com | |
| *Attorneys for Plaintiff* | |