

February 1, 2024

<u>VIA CM/ECF</u>

The Honorable R. Brooke Jackson
Alfred A. Arraj Courthouse
901 19th Street
Denver, CO 80294

    Re:    *Tucker v. Faith Bible Chapel International*
              Civil Action No. 1:19-cv-01652-RBJ-STV

Dear Judge Jackson:

    We write to provide you with a response to Defendant's letter of January 23, 2024. Plaintiff submits two objections to Defendant's request.

(1)    Defendant's letter is not timely submitted in accordance with this Court's Practice Standards (Revised 12/8/2020) on page 2, which states "Prior to submitting a motion for summary judgment, a party must file with the Court a letter or notice of intent to file for summary judgment. The notice of intent must be filed no later than <u>twenty-one days</u> prior to the dispositive motions deadline."(emphasis added) Since the deadline for dispositive motions is February 9, 2024, the notice of intent fails to comply with the 21 day requirement. The notice of intent was filed 17 days prior to the dispositive motions cutoff. [See Scheduling Order, Doc. 102, p. 10].

(2)    Defendant seeks to relitigate a dispositive motion on a "ministerial exception" expressly precluded by way of the Court's interlineated statement on p. 10 of the scheduling order. "PLEASE NOTE THE COURT'S PRACTICE STANDARDS REGARDING DISPOSITIVE MOTIONS. IN THIS CASE THE POSSIBLE DISPOSTIVE MOTIONS WOULD BE FOR SUMMARY JUDGMENT <u>BASED ON ISSUES NOT PREVIOUSLY DECIDED</u>, AS THE COURT HAS ALREADY ADDRESSED THE ISSUES RAISED IN THE MOTION TO DISMISS." (emphasis added). Defendant has not made a case for the reconsideration of that issue in its intent to file, and has apparently only attempted to contradict the Court's own statement that it has decided this issue.

                            Very truly yours,

                            **LEVIN SITCOFF WANEKA PC**

                            Peter G. Friesen

455 Sherman Street, Ste. 490
Denver, CO 80203
303-575-9390
peter@lsw-legal.com
www.lsw-legal.com