## MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Scott T. Varholak

DATE: February 2, 2023

RE: Case #19-cv-01652-RBJ-STV

     A second settlement conference was held on January 30, 2024. The parties continue to attempt to finalize a written settlement agreement.

     Settlement conference and preparation time involved: 3.75 hours.

     No record was made.