## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No: 1:19-cv-01652-STV

GREGORY TUCKER,

Plaintiff,

v.

FAITH BIBLE CHAPEL INTERNATIONAL, a Colorado non-profit corporation,

Defendant.

### NOTICE OF SETTLEMENT

The parties submit this notice of settlement. The parties report that they signed a settlement agreement on February 5, 2024. That agreement requires a stipulated dismissal by no later than February 26, 2024.

Respectfully submitted,

| | |
|---|---|
| *s/ Jeremy A. Sitcoff* | *s/ Robert W. Hatch, II* |
| Peter G. Friesen | Robert W. Hatch, II |
| Bradley A. Levin | Christopher N. Loy, Jr. |
| Jeremy A. Sitcoff | HATCH RAY OLSEN CONANT LLC |
| LEVIN SITCOFF PC | 730 Seventeenth Street, Ste. 200 |
| 1512 Larimer, Suite 650 | Denver, Colorado 80202 |
| Denver, Colorado 80202 | T: (303) 298-1800 |
| T: (303) 575-9390 | E: rhatch@hatchlawyers.com |
| E: pgf@levinsitcoff.com | cloy@hatchlawyers.com |
| bal@levinsitcoff.com | *Attorneys for Defendant* |
| jas@levinsitcoff.com | |
| *Attorneys for Plaintiff* | |