**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No: 1:19-cv-01652-STV

GREGORY TUCKER,

Plaintiff,

v.

FAITH BIBLE CHAPEL INTERNATIONAL, a Colorado non-profit corporation,

Defendant.

**JOINT MOTION FOR EXTENSION IN LIGHT OF SETTLEMENT**

The parties submit this joint motion for extension of the dispositive motion deadline in light of the parties' settlement of this case. The parties signed a settlement agreement on February 5, 2024. That agreement requires a stipulated dismissal by no later than February 26, 2024. In an abundance of caution and in light of the dispositive motion deadline on February 9, 2024, the parties request to extend that deadline to **March 4, 2024**. The parties state the following in support:

1. On November 2, 2023, this Court referred the parties to Magistrate Judge Varholak for mediation. Dkt. 107.

2. On December 1, 2023, the parties submitted confidential mediation statements to Magistrate Judge Varholak. On December 8, 2023, the parties engaged in a lengthy mediation conference before Magistrate Judge Varholak.

3. The parties made progress toward resolution during the mediation conference and spent the following month and a half in negotiations. The parties held a second mediation hearing on January 30, 2024. Dkt. 119.

4. Thereafter, the parties signed a settlement agreement on February 5, 2024.

5. The agreement requires a stipulated dismissal no later than February 26, 2024.

6. The dispositive motions deadline is set for February 9, 2024. Dkt. 102.

7. To avoid possible prejudice, the parties respectfully request an extension of the dispositive motions deadline to **March 4, 2024**.

8. Good cause exists for the requested extension. The parties diligently negotiated and reached a settlement agreement, which this Court encouraged. Extending this deadline will ensure that neither party is prejudiced by diligently pursuing settlement negotiations. Failing to extend the deadline may require the parties to expend resources to file a summary judgment motion before the deadline in order to preserve their rights.

9. The extension will not prejudice any party or unduly delay the proceedings.

10. Since this Court entered the Amended Scheduling Order, Dkt. 102, the parties sought an unopposed extension to submit rebuttal expert disclosures, Dkt. 113, which the Court granted, Dkt. 115. If granted, this motion would be only the second extension of deadlines in the Amended Scheduling Order.

WHEREFORE, the parties respectfully request that the Court set a new dispositive motion deadline of **March 4, 2024**.

Respectfully submitted,

| | |
|---|---|
| *s/ Jeremy A. Sitcoff* | *s/ Robert W. Hatch, II* |
| Peter G. Friesen | Robert W. Hatch, II |
| Bradley A. Levin | Christopher N. Loy, Jr. |
| Jeremy A. Sitcoff | HATCH RAY OLSEN CONANT LLC |
| LEVIN SITCOFF PC | 730 Seventeenth Street, Ste. 200 |
| 1512 Larimer, Suite 650 | Denver, Colorado 80202 |
| Denver, Colorado 80202 | T: (303) 298-1800 |
| T: (303) 575-9390 | E: rhatch@hatchlawyers.com |
| E: pgf@levinsitcoff.com | cloy@hatchlawyers.com |
| bal@levinsitcoff.com | *Attorneys for Defendant* |
| jas@levinsitcoff.com | |
| *Attorneys for Plaintiff* | |