IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:19-cv-01652-RBJ-STV

GREGORY TUCKER,

Plaintiff,

v.

FAITH BIBLE CHAPEL INTERNATIONAL, a Colorado non-profit corporation,

Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Gregory Tucker and Defendant Faith Bible Chapel International hereby stipulate to dismissal with prejudice of this lawsuit and all claims for relief that were or could have been asserted by Plaintiff against Defendant in this lawsuit, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| *s/ Jeremy A. Sitcoff* | *s/ Robert W. Hatch, II* |
| Peter G. Friesen | Robert W. Hatch, II |
| Bradley A. Levin | Christopher N. Loy, Jr. |
| Jeremy A. Sitcoff | HATCH RAY OLSEN CONANT LLC |
| LEVIN SITCOFF WANEKA PC | 730 Seventeenth Street, Ste. 200 |
| 455 Sherman Street, Suite 490 | Denver, Colorado 80202 |
| Denver, Colorado 80203 | T: (303) 298-1800 |
| T: (303) 575-9390 | E: rhatch@hatchlawyers.com |
| E: peter@lsw-legal.com | cloy@hatchlawyers.com |
| brad@lsw-legal.com | *Attorneys for Defendant* |
| jeremy@lsw-legal.com | |
| *Attorneys for Plaintiff* | |